**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF JAMES E. PILLEY, APC**
JAMES E. PILLEY (SBN 277269)
*james@jpilley.com*
PO Box 2612
Lakeside, California 92040
Telephone: (619) 602-0076
Facsimile: (619) 272-0371

***Attorneys for Plaintiff and the Proposed Class***

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. AUSTIN PILLEY, on behalf of himself, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ECSD MANAGEMENT, LLC dba Apothekare, <br><br> Defendant. | Case No.: **'19CV1414 WQHBLM** <br><br> <u>CLASS ACTION</u> <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. §§ 227 *et seq.*** <br><br> <u>DEMAND FOR JURY TRIAL</u> |

# INTRODUCTION

Plaintiff G. Austin Pilley ("Plaintiff") brings this Class Action Complaint for damages, injunctive relief, and any other available legal or equitable remedies, resulting from the illegal actions of Defendant ECSD Management, LLC dba Apothekare ("Apothekare" or "Defendant"), in negligently, and/or willfully contacting Plaintiff through telephone calls on Plaintiff's cellular telephone, in violation of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.*, ("TCPA"), thereby invading Plaintiff's privacy.  Plaintiff alleges as follows upon personal knowledge as to his own acts and experiences and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## NATURE OF THE ACTION

1.     The TCPA strictly forbids nuisance text messages exactly like those alleged in this Complaint – intrusive text messages to private cellular phone, placed to numbers obtained without the prior express consent of the recipients.

2.     Apothekare touts itself as San Diego's largest cannabis shop selling medical and recreational marijuana.

3.     In a misguided effort to solicit business, Defendant Apothekare routinely contacts individuals through mass text messaging with automatic telephone dialing equipment.  However, Apothekare regularly sends these text messages to cellular telephones, without consent, let alone prior express written consent, in violation of the TCPA.

4.     Apothekare's violations caused Plaintiff and members of the Class to experience actual harm, included aggravation, nuisance, and invasion of privacy that necessarily accompanies the receipt of unsolicited and harassing text message calls, as well as the violation of their statutory rights.

5.     Plaintiff and members of the Class suffered a concrete injury in fact, whether tangible or intangible, that is directly traceable to Defendant's conduct, and is likely to be redressed by a favorable decision in this action.

6.      Plaintiff seeks an injunction stopping Apothekare from sending unsolicited promotional text messages, as well as an award of statutory damages under the TCPA, together with costs and reasonable attorneys' fees.

## JURISDICTION AND VENUE

7.      This Court has federal question subject matter jurisdiction under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*., a federal statute. *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 751-53 (2012).

8.      The Court has personal jurisdiction over Defendant and venue is proper in this District because Defendant has its principal place of business located at 3455 Camino Del Rio South, San Diego, California 92108, Defendant transacts significant amounts of business within this District, and the conduct and events giving rise to the claims occurred in this District.

## PARTIES

9.      Plaintiff G. Austin Pilley is, and at all times mentioned was, a resident of the State of California. He is, and at all times mentioned herein, was a "person" as defined by 47 U.S.C. § 153 (39).

10.     Defendant Apothekare, is a California limited liability company, headquartered in San Diego, California and is a "person" as defined by 47 U.S.C. § 153 (39).

## THE TELEPHONE CONSUMERS PROTECTION ACT OF 1991 ("TCPA") 47 U.S.C. §§ 227 *et seq.*

11.     In 1991, Congress enacted the Telephone Consumer Protection Act, 47 U.S.C. § 227 (TCPA),[1] in response to a growing number of consumer complaints regarding certain telemarketing practices.

---

[1] Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, 105 Stat. 2394 (1991), codified at 47 U.S.C. § 227 (TCPA).  The TCPA amended Title II of the Communications Act of 1934, 47 U.S.C. §§ 201 *et seq.*

*Pilley v. ECSD Management, LLC*
CLASS ACTION COMPLAINT

12. The TCPA regulates, among other things, the use of automated telephone equipment, or "autodialers." Specifically, the plain language of section 227(b)(1)(A)(iii) prohibits the use of autodialers to make any call to a wireless number in the absence of an emergency or the prior express consent of the called party.[2] As recognized by the Federal Communication Commission ("FCC") and the Courts, a text message is a call under the TCPA. *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946, 955 (9th Cir. 2009).

13. According to findings by the Federal Communications Commission ("FCC"), the agency Congress vested with authority to issue regulations implementing the TCPA, such calls are prohibited because, as Congress found, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls, and such calls can be costly and inconvenient. The FCC also recognized that wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used.[3]

14. One of the most bulk advertising methods employed by companies today involves the use of "Short Message Services" (or "SMS"), which is a system that allows for transmission and receipt of short text messages to and from wireless telephones.

15. SMS text messages are directed to a wireless device through a telephone number assigned to the device. When an SMS text message is successfully transmitted, the recipient's wireless phone alerts the recipient that a message has been received. Because wireless telephones are carried on their owner's person, SMS text message are received virtually anywhere in the world.

---

[2] 47 U.S.C. § 227(b)(1)(A)(iii).

[3] *In Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 18 FCC Rcd. 14014 (2003) ("2003 TCPA Order").

3

16.     Unlike   more   conventional   advertisements,   SMS   message advertisements can actually cost their recipients money because wireless phone users must pay their wireless service providers either for each text message they receive or incur a usage allocation deduction to their text messaging or data plan, regardless of whether the message is authorized.

17.     Moreover, the transmission of an unsolicited SMS text message to a cellular device is distracting and aggravating to the recipient; intrudes upon the recipient's seclusion; wastes a quantifiable amount of available data on the recipient's cellular device, thereby reducing its data storage capacity; temporarily reduces the available computing power and application processing speed on the recipient's device; diminishes the available battery power which shortens the battery life; and requires expending a quantifiable amount of energy (electricity) to recoup the battery power lost as a result of receiving such a message.

18.     The TCPA makes it "unlawful for any person within the United States ... (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice ... (iii) to any telephone number assigned to a ... cellular telephone service." 47 U.S.C. § 227(b)(1)(A)(iii).

19.     "A person or entity" can bring a claim to recover the greater of actual damages or $500 for a violation of § 227(b)(1)(A)(iii). *Id.* § 227(b)(3). A court may award treble damages for a willful or knowing violation. *Id.*

20.     The TCPA defines "automatic telephone dialing systems" (ATDS) as follows: (1) The term 'automatic telephone dialing system' means equipment which has the capacity—(A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers. *See* Pub. L. No. 102-243, § 227, 105 Stat. 2394, 2395.

21.     "[T]he statutory definition of ATDS is not limited to devices with the capacity to call numbers produced by a "random or sequential number generator,"

but also includes devices with the capacity to dial stored numbers automatically." *Marks v. Crunch San Diego, LLC*, 904 F.3d 1041, 1052 (9th Cir. 2018).

22.  Prior express consent is an affirmative defense on which Defendants bear the burden of proof.  The type of consent required depends on the content of the message.  If the message contains advertising or is telemarketing, the sender must have secured, prior to sending the message, the signature of the recipient in a written agreement that includes several specified disclosures. *See* 47 C.F.R. § 64.1200(f)(8).

23.  As of October 16, 2013, express **written** consent is required to make any such telemarketing calls.[4] The express written consent must be signed and be sufficient to show the consumer received clear and conspicuous disclosure of the significance of providing consent and must further unambiguously agree to receive future phone calls.[5]

## COMMON FACTUAL ALLEGATIONS

24.  Apothekare is a marijuana dispensary that routinely engages in mass telemarketing practices in an attempt to solicit business.

25.  Unfortunately, Apothekare often places text message calls to consumers without having the necessary prior express written consent to do so in violation of the TCPA.

26.  Apothekare places these unsolicited text message calls using equipment that has the capacity to store or produce telephone numbers, and to dial such numbers, without any need for human intervention.

27.  These unsolicited text message calls placed to wireless telephones were placed *via* an "automatic telephone dialing system," ("ATDS") as defined by 47 U.S.C. § 227 (a)(1) and by using "an artificial or prerecorded voice" system as prohibited by 47 U.S.C. § 227 (b)(1)(A), which had the capacity to produce or store

---

[4] *In Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 27 FCC Rcd. 1830, 1837 ¶ 18, 1839 ¶ 20, 1858 ¶ 71 (2012) ("2012 FCC Order").

[5] 2012 FCC Order at 1844 ¶ 13.

*Pilley v. ECSD Management, LLC*
CLASS ACTION COMPLAINT

numbers randomly or sequentially, and to dial such numbers, to place text message calls to consumers' cellular telephone.

28.     The TCPA was intended to give individuals control over how and where they receive calls and text messages.   When Apothekare places the text message calls to consumers without their consent, it fails to address or respect the limitations imposed by the TCPA.   In doing so, it takes control away from the consumers and violates both the spirit and the letter of the TCPA.

29.     Under the TCPA and pursuant to the FCC's January 2008 Declaratory Ruling, the burden is on Defendant to demonstrate that Plaintiff provided express consent within the meaning of the statute.

## FACTS SPECIFIC TO PLAINTIFF PILLEY

30.     On or around January 4, 2018, Plaintiff began receiving unsolicited, promotional text messages from Apothekare to his wireless phone ending in the number 1692, for which Plaintiff provided no consent to call or text, in an attempt to solicit his business.

31.     Defendant has utilized at least three different telephone numbers - - (619) 432-6818, (844) 909-0525 and (833)794-4349 - - to send promotional text messages to Plaintiff.   These numbers are owned or leased by Apothekare.

32.     The promotional text messages Apothekare sent to Plaintiff on his mobile telephone were marketing cannabis and related products.

33.     Plaintiff has received in excess of sixty (60) text message calls from Defendant.   Examples of a few of the impersonal automated messages received by Plaintiff are as follows:

a.  January 12, 2018 at 10:12 a.m.: New Special Alert! Visit Apothekare Mission Valley for $50 half ounces. GG#4, 3KingsOG & Sour OG Popcorn Nugs! Get em before they're gone! [links to Apothekare Mission Valley.]

*Pilley v. ECSD Management, LLC*
CLASS ACTION COMPLAINT

b.  January 15, 2018 at 12:40 p.m.: We're open today! Visit Apothekare Mission Valley to take advantage of our half oz special for $40. Were open until 9pm, See you soon! [links to Apothekare Mission Valley.]

c.  January 19, 2018 at 5:02 p.m.: Rainy Day Special! Come visit Apothekare Mission Valley before 9p.m. for $20 8th of Cherry Pie and $35 8$^{ths}$ of E.R. Thin Mint Cookies. [link]

d.  January 24, 2018 at 9:20 a.m.: Double Up Wednesday! Punch in your phone number during today's visit at Apothekare MV to receive 40 loyalty points instead of 20! Ends @ 9pm. [links to Apothekare Mission Valley.]

e.  January 31, 2018 at 5:14 p.m.: Greetings from Apothekare MV! Starting tomorrow, 2/1/18, we will require you to show your text messages to redeem any loyalty points. [links to Apothekare Mission Valley.]

f.  February 5, 2018 at 9:23 p.m.: Leave the parking to us while you shop! Apothekare MV will be offering valet services Friday-Sunday from 11am-7pm! See you this weekend! [links to Apothekare Mission Valley.]

g.  February 12, 2018 at 6:45 p.m.: Love is in the air at @ Apothekare MV! Get all chocolate BoGo 50% off & our Apothekare Love Kit just in time for Valentines Day! Ends 2/14 [links to Apothekare Mission Valley.]

h.  February 21, 2018 at 5:44 p.m.: New Special Alert @ Apothekare MV! Dream Cookies is now $50 (+ tax) for 7 grams. Try this perfect anytime hybrid strain while supplies last [emoji] [links to Apothekare Mission Valley.]

i.  February 22, 2018 at 2:36 p.m.:

    Rainy day special

7

$70

Sour Diesel

Sour OG

Super Glue

Master Purple

Frankenberry

10 grams for $70 on select strains

[links to Apothekare Mission Valley.]

j. March 3, 2018 at 7:03 p.m.: New Special Alert @ Apothekare Mission Valley! [emoji] E.R. Sour Urkle now $40 for an 8th [emoji]. Stop by before its gone [Links to Apothekare Mission Valley.]

k. March 7, 2018 at 10:00 a.m.: Celebrate International Women's Day at Apothekare Mission Valley [emoji] March 8th receive 20% off store wide [emoji] *restrictions apply* [links to Apothekare Mission Valley.]

l. March 8, 2018 In Honor of International Women's Day [emojis] ALL regular priced items are 20% off! Ends March 8th @ 9pm. Come celebrate with Apothekare [ emoji] Text STOP to end

m. April 17, 2018 at 9:43 a.m.: Come hang with us @ Apothekare 420 weekend!! 4/20 – ALL DAY VENDORS 4/21 & 4/22 – RAFFLE / HALF OZ GIVEAWAY & MORE Text STOP to end [links to Apothekare Mission Valley.]

n. April 25, 2018 at 11:54 a.m.: [emojis] $40, $45, and $50 eights [emojis] on P.R and E.R select strains! [emoji] @ APOTHEKARE MV 4/25/18 Text STOP to end

o. April 26, 2018 at 3:12 p.m.: 15% off Apothecanna products today only 1-4pm! Follow @apothecanna@goldenstatewellness for more deals & updates. Text STOP to end [links to Apothekare Mission Valley.]

p. May 1, 2018 at 12:06 p.m.: [emoji] Rainy Day Special: House Shatter now 35$ for 1G #was$41 #todayonly #restrictionsapply [emoji] Text STOP to end.

q.  Visit us tomorrow from 12pm-3pm for a product knowledge from Sow Eden. Their sample CBD tinctures will be available at a discounted price [emoji] Text STOP to end

r. May 2, 2018 at 10:29 a.m.: [emojis] RAINY DAY SPECIAL!! House Shatter $35 for 1G! @Apothekare [emojis] Text STOP to end [links to Apothekare Mission Valley.]

s. May 4, 2018 at 9:37 a.m.: Jetty 4-7pm [emoji] BOGO for 50% Off on Gold Carts & Receive a MindTricks Edible for a penny!! May the 4th Be With You [emoji] Text STOP to end [links to Apothekare Mission Valley.]

t. May 5, 2018 at 9:04 a.m.: [emoji] Join us for Cinco de Mayo! $10 Apothekare cash w/ purchase & food from 12-5 while supplies last, restrictions apply* Text STOP to end [links to Apothekare Mission Valley.]

u. May 9, 2018 at 9:26 a.m.: Get your mother a special Apothekare Gift Bundle! [emoji] Including medicated bath bombs and lotions. On sale now! *Prices vary Text STOP to end [links to Apothekare Mission Valley.]

v. May 9, 2018 at 12:02 p.m.: HEAVY HITTERS 4-7pm @Apothekare [emoji] buy 1 Get a Battery for 1 cent. [emoji] Buy 2 Get a Cartridge for $1 [emoji]!!! Text STOP to end [links to Apothekare Mission Valley.]

w. May 10, 2018 at 11:11 a.m.: Just in! Honey Vape 11-1 buy a cart get a FREE battery. Text STOP to end [links to Apothekare Mission Valley.]

9

x. May 13, 2018 at 12:16 p.m.: [emojis] Join Apothekare for Mother's Day Celebration – 10% off store wide, vendors and more! *restrictions may apply* [emoji] Text STOP to end [links to Apothekare Mission Valley.]

y. May 18, 2018 at 12:26 p.m.: Apothekare Rainy Day Special!! [emojis] Private Reserve Shake $24 for 1/8th and $93 for ½ ounce! *while supplies last Text STOP to end [links to Apothekare Mission Valley.]

z. May 19, 2018 at 10:05 a.m.: Apothekare Rainy Day Special!! [emojis] Private Reserve Shake $24 for 1/8th and $93 for ½ ounce! *while supplies last Text STOP to end [links to Apothekare Mission Valley.]

aa. May 21, 2018 at 10:06 a.m.: [emoji] Feeling gloomy? Come pick up some Apothekare Private Reserve Shake while supplies last! 1/8 = $24 ¼ = $47 ½ = $93 Oz = $185 * [emoji] Text STOP to end [links to Apothekare Mission Valley.]

bb. May 21, 2018 at 3:25 p.m.: 05/25 11-3pm @ Apothekare, Allegiance Wellness' Bio-Medical consultant Tina will be conducting free 20 minute consultations Text STOP to end [links to Apothekare Mission Valley.]

cc. May 21, 2018 at 4:23 p.m.: 05/22 11-3pm @ Apothekare, Allegiance Wellness will be here Tuesday not Friday sorry for the Inconvenience!! [emojis] Text STOP to end [links to Apothekare Mission Valley.]

dd. May 22, 2018 at 8:45 a.m.: Today @ Apothekare, FREE Consultations today w/ Allegiance Wellness' Bio-Medical Consultant from 11-3 [emojis] Text STOP to end [links to Apothekare Mission Valley.]

ee. May 23, 2018 at 10:42 a.m.: [emoji] Gloom Day Special @ Apothekare, Private Reserve Shake 1/8 = $24 ¼ = $47 ½ = $93 Full Oz = $185 *While Supplies Last* [emoji] Text STOP to end [links to Apothekare Mission Valley.]

ff. May 24, 2018 at 9:51 a.m.: [emoji] Memorial Day weekend starts now at Apothekare; $65 ¼ on select PR strains May 24-29 [emoji] *restrictions may apply* Text STOP to end [links to Apothekare Mission Valley.]

gg. May 28, 2018 at 8:47 a.m,: [emoji] TODAY ONLY [emoji] 10% off storewide, 25% off veterans! Check out our $65 ¼ (select PR strains) *restrictions apply* Text STOP to end [links to Apothekare Mission Valley.]

hh. May 30, 2018 at 11:50 a.m.: [emoji] Gloomy Day Special! W Vapes, Herbsmith Edibles, & Life Flower Med Sticks now 10% [emoji] *restrictions may apply* Text STOP to end [links to Apothekare Mission Valley.]

ii. Jun 4, 2018 at 9:59 a.m.: [emoji] Monday Savings: BOGO 40% OFF SELECTED PRE PACK BRANDS [emoji]  *While Supplies Last. *restrictions may apply* Text STOP to end [links to Apothekare Mission Valley.]

jj. June 5, 2018 at 11:02 a.m.: [emoji] Questions or concerns about Cannabis? Join Apothekare today for free medical consultations from 11am-3pm [emojis] Text STOP to end [links to Apothekare Mission Valley.]

kk. June 8, 2018 at 9:08 a.m.: [emojis] National Best Friend's Day Weekend, refer a friend & get goody bag x2 points! BOTH get entered into raffle for a bike [emoji] Text STOP to end [links to Apothekare Mission Valley.]

ll. June 11, 2018 at 4:27p.m.: [emoji] Follow Us + Tag Us on Instagram for bonus points on your next visit [link to Instagram] [emoji] * Text STOP to end

11

mm.      June 12, 2018 at 2:24 p.m.: [emoji] Follow Us + Tag Us on Instagram for bonus points on your next visit [link to Instagram] [emoji] * Text STOP to end

nn. June 13, 2018 at 6:54 p.m.: [emoji] Delivery is a click away [link] Call us to see how you can get $5 off! [emojis] *restrictions* Text STOP to end

oo.June 17, 2018: [emojis] Celebrate Father's Day with us at Apothekare and get 10% off store-wide! [emojis] Restrictions may apply. Text STOP to end [links to Apothekare Mission Valley.]

pp.June 19, 2018 at 8:31a.m.: [emoji] Questions or concerns about Cannabis? Join Apothekare today for free medical consultations from 11am-3pm [emojis] Text STOP to end [links to Apothekare Mission Valley.]

qq.June 21m 2018 at 8:40 a.m.: IT'S NATIONAL SELFIE DAY! [emoji] Tag us in a selfie @shopapothekare & come in today for a penny preroll![ link to Instagram] Text STOP to end

rr. June 22, 2018 at 1:29 p.m.: [emojis] Today @ Apothekare, Pet Day at the Pot Shop! Bring your furry friends today, they get a dog goodie bag & YOU get specials on select items! [emojis] Text STOP to end

ss. June 22, 108 at 1:29 p.m.: [emojis] STOREWIDE BOGO ½ OFF!!* Starts NOW at Apothekare!! [emojis] *(equal or lesser value, while supplies last, restrictions may apply) Text STOP to end.

tt. June 23, 2018 at 10:54 a.m.: [emoji] BOGO ½ OFF storewide continues today @Apothekare!!* [emoji] *(equal or lesser value, while supplies last, restrictions may apply) Text STOP to end.

uu.June 26, 2018 at 5:52 p.m.: Follow Us + Tag Us on Instagram for bonus points on your next visit [link to Instagram] [emoji] * Text STOP to end

12

vv. June 28, 2018 at 10:54 a.m.: Follow Us + Tag Us on in a photo on Instagram for bonus points today! [link to Instagram] Text STOP to end.

ww.     June 29, 2018 at 8:46 a.m.: [emoji] House Shatter on special NOW at Apothekare!* 1G for $19 / 2G for $30 / 4G for $60! [emoji] *(while supplies last, restrictions may apply) Text STOP to end.

xx. July 4, 2018 at 9:11 a.m.: [emoji] Celebrate today at Apothekare. Last day of BOGO 50% off store hours 9-3! Visit ig @shopapothekare *restrictions apply* Text STOP to end [links to Apothekare Mission Valley.]

yy. July 10, 2018 at 9:59 a.m.: Follow Us + Tag Us in a photo on Instagram for bonus points today! [link to Instagram] Text STOP to end.

zz. July 12, 2018 at 10:09 a.m.: Follow Us + Tag Us in a photo on Instagram for bonus points today! [link to Instagram] Text STOP to end.

aaa.     July 25, 2018 at 10:08 a.m.: NEW products in stock! [emoji] Tag + follow us on Instagram [emoji] for extra loyalty points! [link to Instagram] Text STOP to end.

bbb.     August 2, 2018 at 9:49 a.m.: NEW products in stock! [emoji] Tag + follow us on Instagram [emoji] for extra loyalty points! [link to Instagram] Text STOP to end.

ccc.     August 11, 2018 at 8:47 a.m.: New Hot Box special @Apothekare, + help us get RECOGNIZED by clicking on the link [link to Best of San Diego].

ddd.     September 8, 2018: [emoji] POPCORN NUG BACK IN STOCK AT APOTHEKARE! Do-Si-Dos, GG#4, Skunkberry, Blueberry Haze, OG Kush strains now available, while supplies last! Text STOP to end [links to Apothekare Mission Valley.]

*Pilley v. ECSD Management, LLC*
CLASS ACTION COMPLAINT

eee.     September 11, 2018 at 9:43 a.m.: [emoji] Select PAD 12pm-3pm: Buy 1G cart or two 0.5G & get a free battery or CBD disposable. While supplies last. [emoji] Text STOP to end [links to Apothekare Mission Valley.]

fff. September 16, 2018 at 1:09 p.m.: [emoji] Come join us for Mexican Independence Day to receive 10% off your entire order + snacks! *restrictions may apply, while supplies last* Text STOP to end [links to Apothekare Mission Valley.]

ggg.     September 22, 2018 at 2:55 p.m.: [emoji] FLASH SALE ALERT!! [emoji] Today from 3-8pm ONLY, GET 10% OFF ENTIRE ORDER!! See you soon! (restrictions may apply) Text STOP to end [links to Apothekare Mission Valley.]

hhh.     September 24, 2018 at 4:43 p.m.: [emoji] Do-Si-Dos and Purple Fantasy 1/8ths now $38 and Popcorn 1/4ths now at $62! Text STOP to end [links to Apothekare Mission Valley.]

iii. September 25, 2018 at 1:31 p.m.: Tag us on instagram @shopapothekare for 10% off your order today only! [links to Instagram] *restrictions may apply Text STOP to end

jjj. December 14, 2018: EXTENDED SALE West Coast Flower & Hotbox Prerolls. Stop by for details. Text STOP to end. (links to Apothekare Mission Valley)

kkk.     December 15, 2018: And on the 8th day of Christmas my true love gave to me… [emoji] MYSTERY DAY!! Today only (12/15) select items with orange and green tags receive 20%. Stop by to stop the mystery [emoji]!! PLUS Kaneh Co. BOGO 30% off and West Code Trading 50% off! * *Restrictions may apply while supplies lasts* Text STOP to end

14

lll. December 15, 2018: Papa & Barkley [emoji] here today at Apothekare until 1pm! Come by to grab some swag from them and check out our Mystery Day Special! Text STOP to end (links to Apothekare Mission Valley)

mmm.    December 17, 2018: [emoji] 12 Days of Christmas Continues! Hotbox mini nugs for $1.99, feel free to mix and match different strains. [emoji] Text STOP to end. (links to Apothekare Mission Valley).

nnn.    December 18, 2018: WEST COAST 1/8TH Buy One Get One 1/8TH. JETTY DEMO 1:30-3:30PM. Restrictions apply while supplies last. Text STOP to end.  (links to Apothekare Mission Valley)

ooo.    ****BLOOM FARMS PROMO 1:30-3:30PM: Buy a POD get one for $1, buy a cart get one for $1.  !!! *Restrictions may apply while supplies lasts* Text STOP to end. (links to Apothekare Mission Valley)

ppp.    December 18, 2018: [Emoji] Presidential here at Apothekare from 6-8pm BOGO $1 all presidential products!! Restrictions apply while supplies last. Text STOP to end.  (links to Apothekare Mission Valley).

qqq.    December 19, 2018: [emoji] And on the tenth day of Christmas my true love gave to me. BOGO 30% off edibles at Apothekare, today only 12/19. Restrictions may apply while supplies lasts. Text STOP to end. [links to Apothekare].

rrr. December 20, 2018: [emoji] 3 leaf edibles here 4-7pm and [emoji] Cream of the Crop 5-7pm at Apothekare – stop by and grab some great deals. Text STOP to end.

sss.    December 21, 2018: BOGO 30% OFF STOREWIDE (mix and match ok). KANEH CO EDIBLES 50% OFF. STOP BY IF YOU [HEART EMOJI] TO SAVE. Text STOP to end [link].

ttt. January 31, 2019: Amazing rainy deals at Apothekare, beat the gloom with our highest testing strains. ALL HOTBOX PREROLLS AND 1/8THS NOW ON SPECIAL!! TEXT STOP to end.

uuu.     February 1, 2019: Kickoff your weekend with Superbowl Kits from Platinum Vape!!!

vvv.     9.5 gram carts and therapy tonic beverages) Exclusively at Apothekare with purchase of Platinum Vape!!! Text STOP to end. [link]

www.     February 1, 2019: Platinum Vape Special begins at 2pm-5pm. Text STOP to end. [link].

xxx.     February 11, 2019: Stop by Apothekare and check out our Hot Box Specials!! 2 HotBox 1/8ths for $84. Selected Strains Only, Sugar Mints, King Louis or Purple Punch! Text STOP to end [link].

yyy.     March 5, 2019: Variety of GLASS back in stock at Apothekare [emoji] Get your smoke on [emoji]. Text STOP to end.

zzz.     March 6, 2019: Come celebrate international women's day with us and receive 20% off store wide. Restrictions may apply. Text STOP to end.

aaaa.     April 20, 2019: HAPPY 420! Join us for $20 Apothekare cash with your purchase and 15 exclusive vendor deals throughout the day!!! *Restrictions may apply while supplies lasts* Text STOP to end. (links to Apothekare Mission Valley).

34.     Many of the unsolicited text messages came through to Plaintiff's cellphone as 1 of 2 and 2 of 2 messages. Additionally, many messages contained picture messages with external links to Apothekare Mission Valley.

35.     Plaintiff has never done business with Defendant, has never visited Defendant's shop, and has never provided Defendant his phone number or consented to text message calls from Defendant on his mobile telephone.

*Pilley v. ECSD Management, LLC*
CLASS ACTION COMPLAINT

36.     These unsolicited and promotional text messages placed to Plaintiff's mobile telephone were placed via an "automatic telephone dialing system," ("ATDS") as defined by 47 U.S.C. § 227 (a)(1), which had the capacity to produce or store numbers randomly or sequentially, and to place text message calls to Plaintiff's cellular telephone by dialing such numbers.

37.     The unsolicited and promotional text messages placed to Plaintiff's mobile telephone also featured a prerecorded voice as the text messages were pre-populated with uniform text.

38.     The telephone number that Defendant, or its agents, called was assigned to a cellular telephone service for which Plaintiff incurred a charge for incoming calls pursuant to 47 U.S.C. § 227 (b)(1).

39.     These text messages constitute calls that were not for emergency purposes as defined by 47 U.S.C. § 227(b)(1)(A)(i).

40.     Plaintiff did not provide Defendant or its agents prior express consent to receive unsolicited text messages pursuant to 47 U.S.C. § 227 (b)(1)(A) and/or has revoked any alleged prior express consent.

41.     These text messages by Defendant or its agents therefore violated 47 U.S.C. § 227(b)(1).

## **CLASS ACTION ALLEGATIONS**

42.     Plaintiff brings this action pursuant to Federal Rule of Civil Procedure 23(b)(2) and 23(b)(3) on behalf of himself and on behalf of and all others similarly situated ("the Class").

43.     Plaintiff represents, and is a member of the Class, consisting of all persons within the United States who received any unsolicited, promotional text message from Defendant or its agents on their cellular telephones through the use of any automatic telephone dialing system as set forth in 47 U.S.C. § 227(b)(1)(A)(3) or featuring prerecorded voice messages, which text messages by Defendant or its agents were not made for emergency purposes or with the recipients' prior express

17

consent, within four years prior to the filing of this Complaint through the date of final approval.

44.     Defendant and its employees or agents are excluded from the Class. Plaintiff does not know the number of members in the Class, but believes the Class members number in the hundreds of thousands, if not more.  Thus, this matter should be certified as a Class action to assist in the expeditious litigation of this matter.

45.     Plaintiff and members of the Class were harmed by the acts of Defendant in at least the following ways: Defendant, either directly or through its agents, illegally contacted Plaintiff and the Class members via their cellular telephones by using unsolicited promotional text messages, thereby causing Plaintiff and the Class members to incur certain cellular telephone charges or reduce cellular telephone time for which Plaintiff and the Class members previously paid, and invading the privacy of said Plaintiff and the Class members.  Plaintiff and the Class members were damaged thereby.

46.     This suit seeks only statutory damages and injunctive relief for on behalf of the Class and it expressly is not intended to request any recovery for personal injury and claims related thereto.  Plaintiff reserves the right to expand the Class definition to seek recovery on behalf of additional persons as warranted as facts are learned in further investigation and discovery.

47.     The joinder of the Class members is impractical and the disposition of their claims in the Class action will provide substantial benefits both to the parties and to the Court.  The Class can be identified through Defendant's records or Defendant's agents' records.

48.     There is a well-defined community of interest in the questions of law and fact involved affecting the parties to be represented.  The questions of law and fact to the Class predominate over questions which may affect individual Class members, including the following:

18

49.    Whether, within the four years prior to the filing of this Complaint through the date of final approval, Defendant or its agents sent promotional text messages without the recipients' prior express consent (other than a text message made for emergency purposes or made with the prior express consent of the called party) to a Class member using any automatic telephone dialing system, to any telephone number assigned to a cellular telephone service;

      a.    Whether the equipment Defendant, or its agents, used to send the text messages in question was an automatic telephone dialing system as contemplated by the TCPA;

      b.    Whether Defendant, or its agents, systematically sent promotional text messages to persons who did not previously provide Defendant with their prior express consent to receive such text messages;

      c.    Whether Plaintiff and the Class members were damaged thereby, and the extent of damages for such violation; and

      d.    Whether Defendant and its agents should be enjoined from engaging in such conduct in the future.

50.    As a person that received at least one unsolicited promotional text message to his cellular telephone without Plaintiff's prior express contest, Plaintiff is asserting claims that are typical of the Class.  Plaintiff will fairly and adequately represent and protect the interests of the Class in that Plaintiff has no interest antagonistic to any member of the Class.

51.    Plaintiff and the members of the Class have all suffered irreparable harm as a result of the Defendant's unlawful and wrongful conduct.  Absent a class action, the Class will continue to face the potential for irreparable harm.  In addition, these violations of law will be allowed to proceed without remedy and Defendant will likely continue such illegal conduct.  Because of the size of the individual Class member's claims, few, if any, Class members could afford to individually seek legal redress for the wrongs complained of herein.

52.     A class action is a superior method for the fair and efficient adjudication of this controversy because joinder of all parties is impracticable.   Class-wide damages are essential to induce Defendant to comply with federal law.   The interest of Class members in individually controlling the prosecution of separate claims against Defendant is small because the maximum statutory damages in an individual action for violation of privacy are minimal, especially given the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the individual members of the Class to obtain effective relief from Defendant's misconduct. Even if members of the Class could sustain such individual litigation, it would still not be preferable to a class action because individual litigation would increase the delay and expense to all parties due to the complex legal and factual controversies presented in this Complaint. By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single Court. Economies of time, effort and expense will be fostered and uniformity of decisions ensured.

53.     Defendant has acted on grounds generally applicable to the Class, thereby making appropriate final injunctive relief and corresponding declaratory relief with respect to the Class as a whole.

## <u>COUNT 1</u>

### NEGLIGENT VIOLATIONS OF THE TCPA

### 47 U.S.C. §§ 227 *ET SEQ.*

54.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

55.     Defendant made unauthorized automated text message calls using an automatic telephone dialing system or prerecorded voice to the cellular telephone number of Plaintiff and the other members of the Class without their prior express written consent.

*Pilley v. ECSD Management, LLC*
CLASS ACTION COMPLAINT

56.     These text message calls were made *en masse* using equipment that, upon information and belief, had the capacity to store or produce telephone numbers to be called, using a random or sequential number generator, and to dial such numbers.  By using such equipment, Defendant was able to send thousands of text messages simultaneously to thousands of consumers' cellphones without human intervention.  These text messages are analogous to a prerecorded voice made without the prior express consent of the Plaintiff.

57.     The foregoing acts and omissions of Defendant and its agents constitute multiple negligent violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. § 227 *et seq.*

58.     As a result of Defendant's, and Defendant's agents', negligent violations of 47 U.S.C. § 227 *et seq.*, Plaintiff is entitled to an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

59.     Plaintiff is also entitled to and seek injunctive relief prohibiting such conduct in the future.

### COUNT 2

#### KNOWING AND/OR WILLFUL VIOLATIONS OF THE TCPA
#### 47 U.S.C. §§ 227 *ET SEQ.*

60.     Plaintiff incorporates by reference paragraphs 1-53 of this Complaint as though fully stated herein.

61.     Defendant made unauthorized automated text message calls using an automatic telephone dialing system or prerecorded voice to the cellular telephone number of Plaintiff and the other members of the Class without their prior express written consent.

62.     These text message calls were made *en masse* using equipment that, upon information and belief, had the capacity to store or produce telephone numbers to be called, using a random or sequential number generator, and to dial such

numbers. By using such equipment, Defendant was able to send thousands of text messages simultaneously to thousands of consumers' cellphones without human intervention. These text messages are analogous to a prerecorded voice made without the prior express consent of the Plaintiff.

63. The foregoing acts and omissions of Defendant constitutes multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. §§ 227 *et seq*.

64. As a result of Defendant's knowing and/or willful violations of 47 U.S.C. § 227 *et seq.*, Plaintiff and the Class are entitled to treble damages, as provided by statute, up to $1,500.00, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

65. Plaintiff and the Class are also entitled to and seek injunctive relief prohibiting such conduct in the future.

### PRAYER FOR RELIEF

**Wherefore**, Plaintiff respectfully requests the Court to grant Plaintiff and the Class the following relief against Defendant:

#### FIRST COUNT FOR NEGLIGENT VIOLATION OF THE TCPA
#### 47 U.S.C. §§ 227 *ET SEQ.*

66. As a result of Defendant's, and Defendant's agents', negligent violations of 47 U.S.C. § 227(b)(1), Plaintiff seeks for himself and each Class member $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

67. Pursuant to 47 U.S.C. § 227(b)(3)(A), Plaintiff seeks injunctive relief prohibiting such conduct in the future.

#### SECOND COUNT FOR KNOWING AND/OR WILLFUL VIOLATION OF THE TCPA
#### 47 U.S.C. §§ 227 *ET SEQ.*

68. As a result of Defendant's, and Defendant's agents', willful and/or knowing violations of 47 U.S.C. § 227(b)(1), Plaintiff seeks for himself and each

Class member treble damages, as provided by statute, up to $1,500.00 for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

69.     Pursuant to 47 U.S.C. § 227(b)(3)(A), injunctive relief prohibiting such conduct in the future.

* * *

70.     Any other relief the Court may deem reasonable, just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

## **DOCUMENT PRESERVATION DEMAND**

Plaintiff hereby demands that Defendant take affirmative steps to preserve all text messages, recordings, data, emails, documents and all other tangible things that relate to the allegations herein, Plaintiff or the putative class members, or the sending of text messages, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with Plaintiff or the account in question, and any account or number or symbol relating to any of them. These materials are very likely relevant to the litigation of this claim. If Defendant is aware of any third party that has possession, custody or control of any such materials, Plaintiff demands that Defendant request that such third party also take steps to preserve the materials, and notify the undersigned of the circumstances immediately so that counsel may take appropriate action. This demand shall not narrow the scope of any independent document preservation duties of Defendant.

Dated:  July 29, 2019            *s/ Kas L. Gallucci*
                                 By: Kas L. Gallucci
                                 **LAW OFFICES OF RONALD A.**
                                 **MARRON**
                                 RONALD A. MARRON
                                 ALEXIS M. WOOD

23

*Pilley v. ECSD Management, LLC*
CLASS ACTION COMPLAINT

KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

Dated:  July 29, 2019

s/ James E. Pilley
By: James E. Pilley
**LAW OFFICES OF JAMES E. PILLEY**
JAMES E. PILLEY (SBN 277269)
*james@jpilley.com*
PO Box 2612
Lakeside, California 92040
Telephone:   (619) 602-0076
Facsimile:    (619) 272-0371

***Attorneys for Plaintiff
and the Proposed Class***

24

*Pilley v. ECSD Management, LLC*
CLASS ACTION COMPLAINT