**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF JAMES E. PILLEY, APC**
JAMES E. PILLEY (SBN 277269)
*james@jpilley.com*
8880 Rio San Diego Drive
Rio Vista Tower 8th Floor PMB #852
San Diego, California 92108
Telephone: (619) 602-0076
Facsimile: (619) 272-0371

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. AUSTIN PILLEY, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ECSD MANAGEMENT, LLC dba Apothekare,<br><br>Defendant. | Case No.: 3:19-cv-01414-TWR-BLM<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

1  Plaintiff G. Austin Pilley ("Plaintiff"), by counsel, hereby dismisses this
2  action, with prejudice, as to all individual claims asserted by Plaintiff against
3  
4  Defendant, and without prejudice as to the claims of the other members of the class
5  described in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
6  
7  with each party to bear its own costs and attorneys' fees.
8  
9  Dated:  July 20, 2021               s/ Kas L. Gallucci
                                       By: Kas L. Gallucci
10                                     **LAW OFFICES OF RONALD A.**
11                                     **MARRON**
                                       RONALD A. MARRON
12                                     ALEXIS M. WOOD
13                                     KAS L. GALLUCCI
                                       651 Arroyo Drive
14                                     San Diego, California 92103
15                                     Telephone: (619) 696-9006
                                       Facsimile: (619) 564-6665
16  
17  
18  Dated:  July 20, 2021               s/ James E. Pilley
                                       By: James E. Pilley
19                                     **LAW OFFICES OF JAMES E. PILLEY,**
                                       **APC**
20                                     JAMES E. PILLEY (SBN 277269)
21                                     *james@jpilley.com*
                                       8880 Rio San Diego Drive
22                                     Rio Vista Tower 8th Floor PMB #852
23                                     San Diego, California 92108
                                       Telephone:  (619) 602-0076
24                                     Facsimile:   (619) 272-0371
25  
                                       *Attorneys for Plaintiff*
26                                     *and the Proposed Class*
27  
28